# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EARL OATES,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 82049

FILED

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to reconsider judgment. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to reconsider judgment in a criminal appeal, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.           _____, J.
Stiglich                             Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-42439

cc:     Hon. Stefany Miley, District Judge
        Thomas Earl Oates
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A